[No. 15023-2-III.     Division Three.     May 13, 1997.]

*In the Matter of the Marriage of* STANLEY A. GREEN, *Appellant*, and YVONNE E. STRATTON, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 94-3-00356-3, Yancey Reser, J., entered July 5, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson, J., and Munson, J. Pro Tem.


[No. 15213-8-III.     Division Three.     May 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL G. AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 95-1-00219-9, Evan E. Sperline, J., entered September 25, 1995. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson and Brown, JJ.


[No. 15501-3-III.     Division Three.     May 13, 1997.]

EDWARD LYNN, *Individually and as Personal Representative, Appellant*, v. FARMERS INSURANCE COMPANY, *Defendant*, TRUCK INSURANCE EXCHANGE, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 93-2-00214-5, Evan E. Sperline, J., entered January 18, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Thompson, J.


[No. 15208-1-III.     Division Three.     May 15, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL HIDALGO RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-1-00196-4, Carol A. Wardell, J., entered September 25, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, J., and Munson, J. Pro Tem.